Fredrick D. Huebner  
Cable, Langenbach, Kinerk & Bauer, L.L.P.  
1000 Second Avenue, Suite 3500  
Seattle, WA 98104  
(206) 292-8800

The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CADARET, GRANT & CO., INC. | ) |
| Appellants, | ) Case No. C05-00880RSM |
| vs. | ) STIPULATION AND ORDER REMANDING |
| STEVEN WAYNE BASTROM, | ) CASE TO BANKRUPTCY COURT |
| Appellee. | ) |

**STIPULATION**

COMES NOW Cadaret Grant & Co., Inc., Appellants, by and through their counsel of record, Fredrick D. Huebner, Cable, Langenbach, Kinerk & Bauer, and Steven Wayne Bastrom, Appellee, by and through his counsel of record, Lawrence K. Engel, and Stipulate as follows:

1. The Court should enter the subjoined Order remanding this case to Judge Samuel J. Steiner of the United States Bankruptcy Court for the Western District of Washington for reconsideration of Judge Steiner's April 29, 2005 Order Granting Defendant Steven Wayne Bastrom's Motion For Partial Summary Judgment in light of the enactment of Section 1404 of the Bankruptcy Reform Act of 2005 on April 21, 2005.

    /s/ Fredrick D. Huebner  
Fredrick D. Huebner, WSBA #12682  
Counsel for Appellants

DATED: September 28, 2005

STIPULATION AND AGREED ORDER REMANDING  
CASE TO U.S. BANKRUPTCY COURT - 1

CABLE, LANGENBACH,  
KINERK & BAUER, LLP  
SUITE 3500  
1000 SECOND AVENUE BUILDING  
SEATTLE, WASHINGTON 98104-1048  
(206) 292-8800

|   |   |
|---|---|
| Lawrence K. Engel, WSBA #8421<br>Counsel for Steven Wayne Bastrom, Appellee | DATED September ___, 2005 |

### ORDER

Based on the foregoing stipulation, it is hereby ORDERED that the Appeal in this matter be remanded to Judge Samuel J. Steiner of the United States Bankruptcy Court for the Western District of Washington for reconsideration of Judge Steiner's April 29, 2005 Order Granting Defendant Steven Wayne Bastrom's Motion For Partial Summary Judgment in light of the enactment of Section 1404 of the Bankruptcy Reform Act of 2005 on April 21, 2005, and the specific effect of the amendment to U.S.C. §523(a)(19)(B).

DATED: October 3, 2005

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Prepared and Presented by:

CABLE LANGENBACH KINERK & BAUR LLP

     /s/ Fredrick D. Huebner
Fredrick D. Huebner, WSBA 12682
Counsel for Appellant Cadaret Grant & Co., Inc.

So Stipulated; Approved as to Form; Notice of Presentation Waived:

LAWRENCE K. ENGEL, ESQ.

_____
Lawrence K. Engel, WSBA 8421
Counsel for Steven Wayne Bastrom, Appellee

STIPULATION AND AGREED ORDER REMANDING
CASE TO U.S. BANKRUPTCY COURT - 2

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800